# Order

Michigan Supreme Court
Lansing, Michigan

September 17, 2014

149461

_____

In re CURRAN, Minors.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 149461
COA: 317470
Grand Traverse CC Family
Division: 11-003293-NA

On order of the Court, the application for leave to appeal the May 15, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 17, 2014



h0910

Clerk